Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 8884 | **DATE** | 2/11/2005 |
| **CASE TITLE** | Taubenfeld vs. Career Education Corporation, et al. | | |

**DOCKET ENTRY TEXT:**

Enter Memorandum Opinion and Order.  For the reasons stated in the Memorandum Opinion and Order, defendants' motion to dismiss [#31] is granted without prejudice.  Plaintiff may file an amended complaint by 3/11/05.  Plaintiff's motion to modify the discovery stay [#40] is denied as moot.
*Notices mailed by Judge's staff.*

■ [ For further detail see attached order.]

| | Courtroom Deputy Initials: | MD |
|---|---|---|