Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 8884 | **DATE** | 3/28/2006 |
| **CASE TITLE** | In Re: Career Education Corporation Securities Litigation | | |

## DOCKET ENTRY TEXT

Enter Memorandum Opinion and Order. For the reasons stated in the Memorandum Opinion and Order, defendants' motion to dismiss [17] is granted without prejudice. Plaintiff may file a third amended complaint no later than April 17, 2006. This will be plaintiff's final opportunity to state a claim of securities fraud. Plaintiff's motion to modify the discovery stay [93] is denied as moot.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.



| | Courtroom Deputy Initials: | MD |
|---|---|---|