# United States District Court
## Northern District of Illinois
### Eastern Division



In re: Career Education Corporation
Securities Litigation

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 03 C 8884

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendants' motion to dismiss being granted, case is dismissed with prejudice.

Michael W. Dobbins, Clerk of Court

Date: 3/29/2007

/s/ Michael Dooley, Deputy Clerk