UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re CAREER EDUCATION CORPORATION SECURITIES LITIGATION | ) ) ) | No. 03 C 8884<br>Honorable Joan Humphrey Lefkow |

**JOINT MOTION FOR ORDER PURSUANT TO RULE 60 AND PRELIMINARILY APPROVING SETTLEMENT, SETTING DATE FOR FINAL APPROVAL HEARING, AND PROVIDING NOTICE TO THE CLASS AND FOR ISSUANCE OF AN ORDER OF CERTIFICATION PURSUANT TO CIRCUIT RULE 57**

Lead Plaintiff, Thomas Schroder and the named plaintiffs Nicholas J. Margaritas, Gordon W. MacKinney and Vivian Oh ("Plaintiffs") and the defendants, by their attorneys, hereby jointly move pursuant to Fed. R. Civ. P. 60(b)(6) and 23(e) for the entry of an order granting relief from the Court's prior order of dismissal with prejudice dated March 29, 2007 on the grounds that, while the case was on appeal to the Court of Appeals for the Seventh Circuit, the parties reached an agreement to settle the action following a mediation conducted by the Conference Attorney of the Court of Appeals; preliminarily approving the Class Action Settlement submitted herewith; setting a date for a hearing on whether the Class Action Settlement should be finally approved; providing for the giving of notice to the members of the Class; and setting dates by which objections, if any, can be submitted to the Court and requests for exclusion, if any, must be postmarked.

The parties jointly request an order:

1) vacating the Court's prior order dismissing the action with prejudice dated March 29, 2007;

2) preliminarily approving the Class Action Settlement submitted herewith for purposes of scheduling a hearing to determine whether the Settlement should be finally approved by the court and a judgment, substantially in the form of Exhibit B to the Settlement Agreement, should be entered herein;

3) directing that notice be provided to the members of the Class;

4) setting a date by which objections, if any, to the Settlement, the Plan of Allocation, or the application for the award of attorneys' fees and reimbursement of expenses must be served and filed with the Court;

5) setting a date by which Class members who wish to be excluded (opt-out) from the Settlement must submit a request for exclusion;

6) setting a date by which Class members wishing to participate in the Settlement must submit proofs of claim to the Claims Administrator;

7) designating Strategic Claims Services of Media, Pennsylvania as the Claims Administrator; and

8) for such other and further relief as may be just and proper.

Submitted herewith in support of the motion, is (a) the Declaration of Louis Gottlieb in Support of Motion for Order Preliminarily Approving Settlement, Setting Date for Final Approval Hearing, and Providing Notice to the Class, together with the Exhibits annexed thereto, and (b) Plaintiffs' memorandum of law supporting the parties' joint motion.

In accordance with Circuit Rule 57 governing Remands for Revision of Judgment, Plaintiffs and the defendants, by their attorneys, further ask the Court to (1) certify to the Court

of Appeals for the Seventh Circuit, substantially in the form of Exhibit 1 to this Motion, that it is inclined to enter the requested Order, and (2) forbear from entering such order unless and until the Court of Appeals has remanded the case for that purpose.

Dated: March 26, 2008

**KATTEN MUCHIN ROSENMAN LLP**

By:_______________________________

David H. Kistenbroker
Mary Ellen Hennessy
Karl R. Barnickol

525 West Monroe Street
Chicago, Illinois 60661
Telephone: (312) 902-5200
Telecopier: (312) 902-1061

***Counsel for Career Education Corporation and John M. Larson***

**JONES DAY**

By:_______________________________

Daniel E. Reidy
Lee Ann Russo

77 West Wacker Drive - Suite 3500
Chicago, Illinois 60601
Telephone: (312) 782-3939
Telecopier: (312) 782-8585

***Counsel for Patrick K. Pesch***

**LABATON SUCHAROW LLP**

By: ______________________

Joseph Sternberg
Louis Gottlieb
Christopher J. Keller
Aya Bouchedid

140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Telecopier: (212) 818-0477

***Lead Counsel for Plaintiffs***

**LASKY & RIFKIND, LTD.**
350 N. LaSalle Street - Suite 1320
Chicago, Illinois 60610
Telephone: (312) 634-0057
Telecopier: (312) 634-0059

***Local Counsel for Plaintiffs***

# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re CAREER EDUCATION CORPORATION SECURITIES LITIGATION** | ) ) ) | **No. 03 C 8884** **Honorable Joan Humphrey Lefkow** |

## ORDER OF CERTIFICATION PURSUANT TO CIRCUIT RULE 57

This cause is before me on the parties' joint motion for relief from judgment under F.R.C.P. Rule 60(b)(6) and for issuance of an order of certification pursuant to Circuit Rule 57.

Upon due consideration, I am inclined to grant the motion for relief from judgment. I therefore GRANT the motion for an order of certification pursuant to Circuit Rule 57 and request the United States Court of Appeals for the Seventh Circuit remand this case for the purpose of entering a revised judgment order approving the proposed class settlement as fair and reasonable.

The motion for relief from judgment will be held in abeyance pending remand by the Court of Appeals.

______________________________
United States District Judge Joan Humphrey Lefkow

______________________________
Date

687313 v3
[3/25/2008 14:13]